1  William M. Iadarola (State Bar No. 234041)
   LAW OFFICE OF WILLIAM M. IADAROLA, PC
2  6B Liberty, Suite 245
   Aliso Viejo, California 92656
3  Telephone:  949-916-0535; Facsimile:  888-258-6457

4  Mark B. Frazier (State Bar No. 107221)
   Michelle C. Hribar (State Bar No. 244522)
5  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
6  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100; Facsimile:  714-546-9035

7  Attorneys for Plaintiffs, JAMES A. MCINTYRE, SR. and ALAN. W. FAIGIN

> **FILED & ENTERED**
>
> AUG 10 2009
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY daniels    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREMONT GENERAL CORPORATION,<br>a Nevada Corporation,<br><br>Debtor. | Case No. 8:08-13421-ES<br><br>Chapter 11 |
| JAMES A. MCINTYRE, SR., an individual; and ALAN. W. FAIGIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a Nevada corporation; STEPHEN H. GORDON, and individual; DAVID S. DEPILLO, an individual; MERRILL LYNCH & CO., a Delaware corporation, MERRILL LYNCH TRUST COMPANY, FSB, a New Jersey corporation, and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Adv. Proceeding No.:  8:08-ap-01256-ES<br><br>**ORDER ON STIPULATION TO DISMISS PLAINTIFF ALAN W. FAIGIN'S CLAIMS AGAINST DEFENDANT FREMONT GENERAL CORPORATION WITHOUT PREJUDICE AND THE INDIVIDUAL AND MERRILL LYNCH DEFENDANTS WITH PREJUDICE** |
| AND RELATED CROSS CLAIMS. | |

Rutan & Tucker, LLP
attorneys at law

2282/027204-0001
1027109.01 a08/06/09

ORDER ON STIPULATION

# ORDER

Based on the Stipulation to Dismiss Plaintiff Alan W. Faigin's Claims Against Defendant Fremont General Corporation Without Prejudice and the Individual and Merrill Lynch Defendants With Prejudice entered into by and between plaintiffs James A. McIntyre and Alan W. Faigin ("Faigin") (collectively "Plaintiffs") and defendants Fremont General Corporation, Stephen H. Gordon, David S. DePillo, Merrill Lynch & Co., and Merrill Lynch Trust Company, FSB, by and through their respective counsel of record, and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Faigin's claims against Fremont General Corporation shall be dismissed without prejudice, with each party to bear such parties' own respective attorneys' fees and costs; *provided, however*, that all rights of Fremont General Corporation under Rule 41(d) of the Federal Rules of Civil Procedure are preserved and shall be unaffected by this Order or by the Stipulation.

3. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Faigin's claims against Stephen H. Gordon, David S. DePillo, Merrill Lynch & Co., and Merrill Lynch Trust Company, FSB shall be dismissed with prejudice, with each party to bear such parties' own respective attorneys' fees and costs.

###

DATED: August 10, 2009

_____
United States Bankruptcy Judge

Rutan & Tucker, LLP
attorneys at law

2282/027204-0001
1027109.01 a08/06/09

ORDER ON STIPULATION

-1-

| In re:<br>FREMONT GENERAL CORPORATION<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 8:08-13421-ES<br>Adv. Case No.: 8:08-ap-1256-ES |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON STIPULATION TO DISMISS PLAINTIFF ALAN W. FAIGIN'S CLAIMS AGAINST DEFENDANT FREMONT GENERAL CORPORATION WITHOUT PREJUDICE AND THE INDIVIDUAL AND MERRILL LYNCH DEFENDANTS WITH PREJUDICE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>August 4, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kristen N Beall     kbeall@pattonboggs.com, bmcilwain@pattonboggs.com
- Matthew Heyn     mheyn@ktbslaw.com
- Whitman L Holt     wholt@stutman.com
- Michelle Hribar     mhribar@rutan.com
- Kerri A Lyman     klyman@irell.com
- Jonathan Petrus     jpetrus@ktbslaw.com
- David M Poitras     dpoitras@jmbm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Scott H Yun     syun@stutman.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Charles E Elder
Irell & Manella LLP
1800 Ave of the Stars Ste 900
Los Angeles, CA 90067-4276

Fremont General Corporation
175 N Riverview Dr
Anaheim, CA 92808

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                                                **F 9021-1.1**

| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:08-13421-ES<br>Adv. Case No.: 8:08-ap-1256-ES |

Eric J. Glassman
Mennemeier Glassman & Stroud LLP
980 9th Street
Suite 1700
Sacramento, CA 95814

William M Iadarola
6B Liberty Ste 245
Aliso Viejo, CA 92656

Robert W Jones
Patton Boggs LLP
2001 Ross Ave Ste 3000
Dallas, TX 75201-8001

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 9021-1.1**